# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYNAMIC DATA TECHNOLOGIES, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMLOGIC HOLDINGS LTD.,<br><br>　　　　　　　Defendant. | C.A. No. 19-1239-CFC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dynamic Data Technologies, LLC ("Plaintiff") and Defendant Amlogic Holdings Ltd. ("Defendant"), hereby file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant stipulate that:

1.　　Plaintiff consents to dismissal with prejudice of all of its claims and defenses against Defendant in this suit.

2.　　Defendant consents to dismissal with prejudice of all of its claims and defenses against Plaintiff in this suit.

3.　　Plaintiff and Defendant shall each bear their own attorneys fees and costs incurred in connection with this suit.

1

Dated: January 11, 2021

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Bindu A. Palapura* |
| Stephen B. Brauerman (#4952) | David E. Moore (#3983) |
| Ronald P. Golden III (#6254) | Bindu A. Palapura (#5370) |
| 600 N. King Street, Suite 400 | Alan R. Silverstein (#5066) |
| P.O. Box 25130 | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19801 | 1313 N. Market Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| sbrauerman@bayardlaw.com | (302) 984-6000 |
| rgolden@bayardlaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff* | asilverstein@potteranderson.com |
| *Dynamic Data Technologies, LLC* | |
| | *Attorneys for Defendant* |
| | *Amlogic Holdings Ltd.* |

IT IS SO ORDERED this _____ of January 2021.

_____
UNITED STATES DISTRICT JUDGE

2